DAVID B. NEWDORF, State Bar No. 172960
RYE P. MURPHY, State Bar No. 289427
NEWDORF LEGAL
630 Thomas L. Berkley Way, Suite 103
Oakland, CA 94612
nl@newdorf.com
Telephone: (415) 357-1234
Facsimile: (866) 954-8448

Attorneys for Defendants
CITY OF PALO ALTO and
DAVID McALEE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ELSAYED, NANETTE DUMAS, AND MASHALLAH ELSAYED,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID McALEE, THE CITY OF PALO ALTO, AND DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. 3:18-cv-01256-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO:**<br><br>**1. CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;**<br>**2. MOVE MOTION HEARING DATE;**<br>**3. MODIFY MOTION BRIEFING SCHEDULE**<br><br>**[CIVIL L.R. 6-2, 7-12)]**<br><br>Judge: Hon. Jon S. Tigar<br><br>Place: Courtroom 9 - 19th Floor<br>450 Golden Gate Ave.,<br>San Francisco, California |

NEWDORF LEGAL
630 Thomas L. Berkley Way, Suite 103
Oakland, CA 94612
(415) 357-1234

WHEREAS, counsel for all parties have conflicts with the existing case schedule due to hearings in other cases, vacation, and holiday plans, the undersigned counsel, representing all the parties that have appeared in this action, STIPULATE and AGREE and request approval of the Court to the proposed modified schedule as follows:

1. The initial Case Management Conference shall be moved from May 30, 2018 to July 12, 2018 at 2:00 p.m., with the Joint Case Management Conference to be filed July 5, 2018;

2. The hearing on Defendants' pending motion to dismiss shall be moved from July 5, 2018, to July 12, 2018 at 2:00 p.m. (to be heard at the time of the Case Management Conference);

3. Plaintiffs' opposition to the Defendants' motion to dismiss shall be due on June 15, 2018.

4. Defendants' reply brief in support of the motion to dismiss shall be due on June 22, 2018.

There have been no other modifications to the case management schedule and this stipulation will not affect any other dates set in the case.

SO STIPULATED.

Dated: May 18, 2018        NEWDORF LEGAL

By: */s/ David B. Newdorf*_____
　　　DAVID B. NEWDORF
Attorneys for Defendants
CITY OF PALO ALTO and
DAVID McALEE

LAW OFFICE OF JERRY FONG

By: */s/ Jerry Y. Fong*_____
　　　JERRY Y. FONG
Attorneys for Plaintiffs
MAHMOUD ELSAYED, NANETTE DUMAS
and MASALLAH ELSAYED

**[PROPOSED]** **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 19, 2018

_____
HON. JON S. TIGAR
U.S. District Judge