JERRY Y. FONG, ESQ. (SBN 99673)
THE LAW OFFICE OF JERRY FONG
885 N. SAN ANTONIO ROAD, SUITE D
LOS ALTOS, CA 94022
650/559-1985
650/322-6779 fax
jf@jerryfong.com

Attorney for Plaintiffs MAHMOUD ELSAYED, NANETTE DUMAS, & MASHALLAH ELSAYED

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAHMOUD ELSAYED, NANETTE DUMAS, AND MASHALLAH ELSAYED,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID McALEE, THE CITY OF PALO ALTO, AND DOES 1 TO 100, inclusive,<br><br>    Defendants. | CASE NO: 3:18 CV 01256 JST<br><br>STIPULATION BY THE PARTIES TO REQUEST A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE SCHEDULED ON MAY 8, 2019, AND [PROPOSED] ORDER RE SAME. |

The parties, through their respective counsel, hereby stipulate to jointly request that the Case Management Conference, currently scheduled on May 8, 2019, at 2:00 p.m., be continued to August, 14, 2019, or another date convenient to the Court at around that period of time.

This joint request is made on the grounds that the settlement conference before Magistrate-Judge Donna M. Ryu was recently continued to July 30, 2019. The parties believe that the Case Management Conference before this Court will be much more efficient and productive if it can be rescheduled to a time after the conclusion of the settlement conference on July 30, 2019.

Accordingly, the parties respectfully request that the Court continue the current Case Management Conference from May 8, 2019, to August 14, 2019, at 2:00 p.m., or another date convenient to the Court at around the same time period.

DATED: May 6, 2019

/S/
JERRY Y. FONG, Attorney for
the Plaintiffs

DATED: May 6, 201

/S/
DAVID NEWDORF, Attorney for
the Defendants

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing herein, it is hereby order that the request for a continuance of the Case Management Conference shall be granted. The Case Management Conference shall be continued from May 8, 2019, to August 14, 2019, at 2:00 p.m. It is so ordered.

DATED: May 7, 2019

JUDGE OF THE UNITED STATES
DISTRICT COURT, FOR THE NORTHERN
DISTRICT OF CALIFORNIA